UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALBERT J. MOORE,

        Plaintiff,

   v.                                     5:11-CV-00952

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____

THOMAS J. McAVOY,
Senior United States District Judge

## DECISION & ORDER

       This matter was referred to the Hon. Christian F. Hummel, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York.  In a Report and Recommendation dated February 5, 2013 ("Report-Recommendation"), Magistrate Judge Hummel recommended that the decision of the Commissioner be reversed and the matter remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g) for further administrative proceedings consistent with the Report and Recommendation.  No objections to the Report and Recommendation have been lodged and the time for filing objections has expired.

## CONCLUSION

       After examining the record, this Court has determined that the Report and

1

Recommendation is not subject to attack for plain error or manifest injustice.  Therefore,

(1) The Court adopts the Report and Recommendation for the reasons stated therein;

(2) The decision of the Commissioner is **REVERSED**, and

(3) The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g) for further administrative proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED**

Dated**:** March 11, 2013

_____
Thomas J. McAvoy
Senior, U.S. District Judge